```
                                              FILED
                                           January 23, 2009
                                        CLERK, US DISTRICT COURT
                                        EASTERN DISTRICT OF
                                             CALIFORNIA
                                            DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:09CR00015-EJG |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JERRY A. POOL, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JERRY A. POOL , Case No.  2:09CR00015-EJG , Charge  18USC § 2252(a)(4)(B) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 ___   Release on Personal Recognizance

 ___   Bail Posted in the Sum of $_____

   ___   Unsecured Appearance Bond

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

 ✔   (Other)       Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 23, 2009  at  2:18 pm .

By   /s/ Gregory G. Hollows
     Gregory G. Hollows
     United States Magistrate Judge

Copy 5 - Court