```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  RACHELLE D. BARBOUR, Bar #185395
    Staff Attorney
 4  Designated Counsel for Service
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    JERRY ARBERT POOL
 8

 9
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR.S. 09-00015-EJG |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) |
|  | ) |
| JERRY ARBERT POOL, | ) |
|  | ) Judge: Hon. Gregory G. Hollows |
| Defendant. | ) |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, JERRY ARBERT POOL, by and through his counsel, DENNIS WAKS and RACHELLE BARBOUR, that the briefing schedule set on January 23, 2009 on the proposed DNA testing condition be continued for an additional week. The parties agree that defendant's brief will now be due on February 5, 2009 and the government's response will now be due on February 20, 2009. All briefs will be submitted to the Honorable Magistrate Judge Hollows for his decision.

1      This continuance is being requested to provide additional time for
2 defense counsel to research and review legal issues and present them to
3 the Court.  Time has already been excluded until Mr. Pool's next court
4 date pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to
5 prepare] (Local Code T4).

6 Dated:  January 30, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE D. BARBOUR
Staff Attorney
Attorney for Defendant
JERRY ARBERT POOL


LAWRENCE G. BROWN
Acting United States Attorney

Dated:  January 30, 2009          /s/ Rachelle Barbour for
_____
SEAN FLYNN
Assistant U.S. Attorney



**IT IS SO ORDERED.**

Dated: February 5, 2009
/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

pool.ord

Stip & Order/Kevin Miller               -2-