DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY ARBERT POOL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 09-015 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE:  March 27, 2009 |
| JERRY ARBERT POOL, | ) | Time:  10:00 a.m. |
| | ) | Judge: Edward J. Garcia |
| Defendant. | ) | |

_____

It is hereby stipulated between the parties, Sean Flynn, Assistant United States Attorney, attorney for plaintiff, and Dennis S. Waks, Supervising Assistant Federal Defender, attorney for defendant, JERRY ARBERT POOL, that the Status Conference hearing date of February 13, 2009, be vacated and a new Status Conference hearing date of Friday, March 27, 2009, at 10:00 a.m. be set.

This continuance is being requested because defendant needs additional time to prepare, to review discovery, and to interview witnesses.  Also, our office was recently appointed on this matter on January 23, 2009.

It is further stipulated that the period from February 13,

1

2009, through and including March 27, 2009, should be excluded pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4 based on continuity of counsel and defense preparation.

DATED: February 9, 2009

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Dennis S. Waks*

DENNIS S. WAKS
Supervising Assistant Federal
Defender
Attorney for Defendant
JERRY ARBERT POOL

DATED:  February 9, 2009            LAWRENCE G. BROWN
Acting United States Attorney

*/s/ Dennis S. Waks for*
     *Sean Flynn*

SEAN FLYNN
Assistant U.S. Attorney


**ORDER**

**IT IS ORDERED.**

Dated: February 10, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge