```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SEAN C. FLYNN
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2771

 5

 6

 7               IN THE UNITED STATES DISTRICT COURT

 8             FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,     )   CASE NO. CR S 09-0015-EJG
                                  )
11              Plaintiff,        )
                                  )   STIPULATION AND
12      v.                        )   ORDER
                                  )
13  JERRY ARBERT POOL,            )
                                  )   Hon. Gregory G. Hollows
14              Defendant.        )
    _____)
15
```

16      It is hereby stipulated and agreed to between the United
17 States of America through SEAN C. FLYNN, Assistant United States
18 Attorney, and defendant, JERRY ARBERT POOL, by and through his
19 attorneys, DENNIS WAKS and RACHELLE BARBROUR, Assistant Federal
20 Defenders, that the current briefing schedule with respect to the
21 proposed DNA testing condition be continued so that the
22 government's brief in reply be due on March 13, 2009.  The
23 government's brief will be submitted to the Honorable Magistrate
24 Judge Hollows for his decision.

25      This continuance is being requested to provide additional
26 time for the government to research and review legal issues and
27 present them to the Court.  Time has already been excluded until
28 the defendant's next court date pursuant to 18 U.S.C. §

1

```
3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).


                                     Respectfully Submitted,

                                     LAWRENCE G. BROWN
                                     Acting United States Attorney

DATE: February 20, 2009       By:    /s/ Sean C. Flynn
                                     SEAN C. FLYNN
                                     Assistant U.S. Attorney



                                     DANIEL J. BRODERICK
                                     Federal Defender

DATE: February 20, 2009       By:    /s/Sean Flynn for
                                     RACHELLE BARBOUR
                                     Assistant Federal Defender




                           O R D E R

       IT IS SO ORDERED.

    DATED: February 20, 2009

                                      /s/ Gregory G. Hollows
                                     _____
                                     GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE
              pool.ord2
```