```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SEAN C. FLYNN
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr. S 09-015-EJG-GGH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| JERRY ARBERT POOL, | |
| Defendant. | Hon. Gregory G. Hollows |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendant, JERRY ARBERT POOL, by and through his attorneys, DENNIS WAKS and RACHELLE BARBOUR, Assistant Federal Defenders, that the current briefing schedule with respect to the proposed DNA testing condition be continued so that the government's brief in reply be due on April 3, 2009. The government's brief will be submitted to the Honorable Magistrate Judge Hollows for his decision.

This continuance is being requested to provide additional time for the government to research and review legal issues and present them to the Court. The undersigned Assistant United States Attorney has been preparing for trial during the previous

1

two weeks, and requests additional time to complete the government's opposition to the defendant's motion. The government does not expect to request any additional time, beyond April 3rd, in order to complete its opposition. Time has already been excluded until the defendant's next court date pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATE: March 12, 2009        By:  /s/ Sean C. Flynn
                                 SEAN C. FLYNN
                                 Assistant U.S. Attorney


DANIEL J. BRODERICK
Federal Defender

DATE: March 12, 2009        By:  /s/Sean Flynn for
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender

O R D E R

IT IS SO ORDERED.

DATED: March 12, 2009,

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

pool.eot