```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SEAN C. FLYNN
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. Cr. S 09-015-EJG-GGH |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER |
| JERRY ARBERT POOL, | |
| Defendant. | Hon. Gregory G. Hollows |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendant, JERRY ARBERT POOL, by and through his attorneys, DENNIS WAKS and RACHELLE BARBOUR, Assistant Federal Defenders, that the current briefing schedule with respect to the proposed DNA testing condition be continued so that the government's brief in reply be due on April 30, 2009. The government's brief will be submitted to the Honorable Magistrate Judge Hollows for his decision.

This continuance is being requested to provide additional time for the government to research and review legal issues and present them to the Court. The defendant's motion in this matter raises an issue of first impression under federal law. The

1

undersigned Assistant United States Attorney has recently been contacted by the Department of Justice's Criminal Appellate Section, which has expressed a desire to provide assistance in preparing the government's response to the various constitutional issues raised by the defendant. The government requests this additional time to adequately address these issues for the Court. The government does not expect to request a further continuance, beyond April 30th, in order to complete its opposition. Time has already been excluded until the defendant's next court date pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                  Acting United States Attorney

DATE: April 1, 2009      By:  /s/ Sean C. Flynn
                                    SEAN C. FLYNN
                                    Assistant U.S. Attorney

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATE: April 1, 2009      By:  /s/Sean Flynn for
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender

                            O R D E R

No further extensions will be approved.

        IT IS SO ORDERED.

     DATED: April 1, 2009

                                     /s/ Gregory G. Hollows
                                    _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

pool015.eot