DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Specialist
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY ARBERT POOL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 09-00015-EJG-GGH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER SETTING REPLY AND HEARING DATES |
| JERRY ARBERT POOL, | |
| Defendant. | Judge: Hon. Gregory G. Hollows<br>Proposed Hearing<br>Date: May 29, 2009, at 2:00 p.m. |

It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, JERRY ARBERT POOL, by and through his counsel, DENNIS WAKS and RACHELLE BARBOUR, of the Office of the Federal Defender, that a due date for the reply brief be set for May 22, 2009, and that a hearing date be set for May 29, 2009 at 2:00 p.m.

The parties have already filed lengthy briefs on the DNA testing issue. They request that the defense be permitted to file a reply brief and that a hearing be held so that the parties can address the

Court on this issue.  Time has already been excluded until Mr. Pool's next court date pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: May 6, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Rachelle Barbour*

_____
RACHELLE BARBOUR
Research and Writing Specialist
Attorney for Defendant
JERRY ARBERT POOL


LAWRENCE G. BROWN
Acting United States Attorney

Dated: May 6, 2009                    */s/ Rachelle Barbour for*

_____
SEAN FLYNN
Assistant U.S. Attorney

**The request for a continuance to file a reply brief is granted as requested.  However, no hearing will be set at this time.  The briefing on both sides has been exemplary thus far, and after a reply brief, the undersigned may well have no questions, and the parties may well have nothing additional to proffer. If the undersigned desires a hearing, he will set it for the proposed date.**

**IT IS SO ORDERED.**

Dated: May 11, 2009


/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
United States Magistrate Judge

pool.eot2