```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JERRY ARBERT POOL
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  CR.S. 09-015 EJG
                                 )
12              Plaintiff,       )  STIPULATION AND ORDER
                                 )  CONTINUING STATUS CONFERENCE
13       v.                      )
                                 )  DATE: July 10, 2009
14  JERRY ARBERT POOL,           )  Time: 10:00 a.m.
                                 )  Judge: Edward J. Garcia
15              Defendant.       )
    _____
16
```

It is hereby stipulated between the parties, Sean Flynn, Assistant United States Attorney, attorney for plaintiff, and Dennis S. Waks, Supervising Assistant Federal Defender, attorney for defendant, JERRY ARBERT POOL, that the Status Conference hearing date of May 15, 2009, be vacated and a new Status Conference hearing date of Friday, July 10, 2009, at 10:00 a.m. be set.

This continuance is being requested because defendant needs additional time to prepare, to review discovery, and to interview witnesses.

It is further stipulated that the period from the date of this stipulation through and including July 10, 2009, should be

1

excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based on continuity of counsel and defense preparation.

DATED: May 12, 2009

          Respectfully Submitted,

          DANIEL J. BRODERICK
          Federal Defender

          /s/ *Dennis S. Waks*
          _____
          DENNIS S. WAKS
          Supervising Assistant Federal Defender
          Attorney for Defendant
          JERRY ARBERT POOL

DATED: May 12, 2009      LAWRENCE G. BROWN
          Acting United States Attorney

          /s/ *Dennis S. Waks for*
             *Sean Flynn*
          _____
          SEAN FLYNN
          Assistant U.S. Attorney

**ORDER**

**IT IS ORDERED.**

Dated: May <u>12</u>, 2009

          /s/ Edward J. Garcia
          _____
          EDWARD J. GARCIA
          United States District Judge