IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    vs.　　　　　　　　　　　　　　　　CR S-09-0015 EJG GGH

　　　　　　　　　　　　　　　　　　　　ORDER

JERRY ALBERT POOL,

_____/

       The order filed May 27, 2009, requiring defendant to submit to DNA testing is stayed for the ten day period in which defendant may seek review of the undersigned's ruling. Failure to timely file the appeal will terminate the stay. If the appeal is timely filed, the stay will remain in effect until further order by Judge Garcia.

DATED: June 1, 2009

                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

ggh:gh:035
pool015.sta

1