1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JERRY ARBERT POOL

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  CR.S. 09-015 EJG
                                )
12            Plaintiff,        )  STIPULATION AND ORDER
                                )  CONTINUING STATUS CONFERENCE
13      v.                      )
                                )  DATE: August 28, 2009
14 JERRY ARBERT POOL,           )  Time: 10:00 a.m.
                                )  Judge: Edward J. Garcia
15            Defendant.        )
   _____
16
         It is hereby stipulated between the parties, Sean Flynn,
17
   Assistant United States Attorney, attorney for plaintiff, and
18
   Dennis S. Waks, Supervising Assistant Federal Defender, attorney
19
   for defendant, JERRY ARBERT POOL, that the Status Conference
20
   hearing date of July 10, 2009, be vacated and a new Status
21
   Conference hearing date of Friday, August 28, 2009, at 10:00 a.m.
22
   be set.
23
         This continuance is being requested because defendant needs
24
   additional time to prepare, to review discovery, and to interview
25
   witnesses.
26
         It is further stipulated that the period from the date of
27
   this order through and including August 28, 2009, should be
28

                                   1

excluded pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4 based on continuity of counsel and defense preparation.

DATED: July 7, 2009

                Respectfully Submitted,

                DANIEL J. BRODERICK
                Federal Defender

                */s/ Dennis S. Waks*
                _____
                DENNIS S. WAKS
                Supervising Assistant Federal Defender
                Attorney for Defendant
                JERRY ARBERT POOL

DATED:  July 7, 2009      LAWRENCE G. BROWN
                Acting United States Attorney

                */s/ Dennis S. Waks for*
                    *Sean Flynn*
                _____
                SEAN FLYNN
                Assistant U.S. Attorney

                **ORDER**

**IT IS ORDERED.**

Dated: July <u>8</u>, 2009

                /s/ Edward J. Garcia
                _____
                EDWARD J. GARCIA
                United States District Judge