DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY ARBERT POOL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR.S. 09-015 EJG |
| Plaintiff, | ) STIPULATION AND |
| | ) TEMPORARY RELEASE |
| v. | ) |
| JERRY ARBERT POOL, | ) |
| | ) Judge: Edmund F. Brennan |
| Defendant. | ) |

It is hereby stipulated between the parties, Sean Flynn, Assistant United States Attorney, attorney for plaintiff, Dennis S. Waks, Supervising Assistant Federal Defender, attorney for defendant, JERRY ARBERT POOL, and Pre-trial Services Officer, Becky Fidelman, that the defendant be released for his sleep study with Resta Sleep Disorders Center on July 27, 2009 at 8:00 p.m. until 8:00 a.m. on July 28, 2009. The defendant is currently on electric monitoring and will be allowed to travel to the Resta Sleep Disorders Center located at 1145 Whiskeytown Court, Suite A, Redding, California. Mr. Pool lives in Anderson, California and will need additional time to travel to the center for his appointment. He will not be electronically monitored

during the sleep study and also during the travel to and from the study on July 27, 2009 through July 28, 2009. The defendant will immediately return to his residence after his appointment is completed on July 28, 2009.

DATED: July 15, 2009

                                          Respectfully Submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ *Dennis S. Waks*
                                          _____
                                          DENNIS S. WAKS
                                          Supervising Assistant Federal Defender
                                          Attorney for Defendant
                                          JERRY ARBERT POOL

DATED:   July 15, 2009        LAWRENCE G. BROWN
                                          Acting United States Attorney

                                          /s/ *Dennis S. Waks for*
                                              *Sean Flynn*
                                          _____
                                          SEAN FLYNN
                                          Assistant U.S. Attorney

                                          **ORDER**

**IT IS HEREBY ORDERED.**

Dated: July 15, 2009

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE