LAWRENCE G. BROWN
Acting United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S 09-0015-EJG-GGH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| JERRY ARBERT POOL, | |
| Defendant. | Hon. Gregory G. Hollows |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendant, JERRY ARBERT POOL, by and through his attorneys, DENNIS WAKS and RACHELLE BARBROUR, Assistant Federal Defenders, that the hearing regarding the request for stay pending appeal on the pretrial release condition of DNA testing, which is currently scheduled before the Honorable Gregory G. Hollows on July 29, 2009, at 9:00 a.m., be continued until August 4, 2009, at 9:00 a.m.  Counsel for the government is scheduled to be in trial before the Honorable Morrison C. England during the week of July 27, 2009.

Time has already been excluded until the defendant's next

court date pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

                                      Respectfully Submitted,

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

DATE: July 28, 2009             By:  /s/ Sean C. Flynn
                                      SEAN C. FLYNN
                                      Assistant U.S. Attorney


                                      DANIEL J. BRODERICK
                                      Federal Defender

DATE: July 28, 2009             By:  /s/Sean Flynn for
                                      RACHELLE BARBOUR
                                      Assistant Federal Defender

                                O R D E R

    IT IS SO ORDERED.

    DATED: July 27, 2009

                                        /s/ Gregory G. Hollows
                                      _____
                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

            pool.eot3