```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JERRY ARBERT POOL
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 09-00015-EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | Date: November 6, 2009 |
| JERRY ARBERT POOL, ) | Time: 10:00 a.m. |
| ) | Judge: Edward J. Garcia |
| Defendant. ) | |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, JERRY ARBERT POOL, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that a status conference set for August 28, 2009 be rescheduled for November 6, 2009, 10:00 a.m.

   This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The defendant and many of the witnesses in this case live in the Redding, California area.

   Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for November 6, 2009, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 25, 2009

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              */s/ Dennis S. Waks*
                              _____
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              JERRY ARBERT POOL

DATED: August 25, 2009
                              LAWRENCE G. BROWN
                              United States Attorney

                              */s/ Dennis S. Waks for*
                              _____
                              SEAN FLYNN
                              Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: August 26, 2009

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              United States District Court Judge