```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    JERRY ARBERT POOL
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,     ) CR.S. 09-00015-EJG
                                  )
13            Plaintiff,          )
                                  ) STIPULATION AND ORDER
14       v.                       )
                                  ) Date:  December 18, 2009
15  JERRY ARBERT POOL,            ) Time:  10:00 a.m.
                                  ) Judge: Edward J. Garcia
16            Defendant.          )
                                  )
17  _____     )
18
```

19      It is hereby stipulated and agreed to between the United States of
20 America through SEAN FLYNN, Assistant U.S. Attorney, and defendant,
21 JERRY ARBERT POOL, by and through his counsel, DENNIS S. WAKS,
22 Supervising Assistant Federal Defender, that a status conference set
23 for November 6, 2009, be rescheduled for December 18, 2009, at 10:00
24 a.m.
25      This continuance is being requested because defense counsel needs
26 additional time to prepare, to review discovery, and to interview
27 witnesses.  The defendant and many of the witnesses in this case live
28 in the Redding, California area.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 18, 2009, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 26, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Dennis S. Waks*
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
JERRY ARBERT POOL

DATED: October 26, 2009

LAWRENCE G. BROWN
United States Attorney

*/s/ Dennis S. Waks for*
_____
SEAN FLYNN
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: November 2, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court Judge