```
DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JERRY ARBERT POOL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR.S. 09-00015-EJG |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) SUPPLEMENTING BAIL CONDITIONS |
| | ) |
| JERRY ARBERT POOL, | ) |
| | ) Judge: EDMUND F. BRENNAN |
| Defendant. | ) |
| _____ | ) |

   As a result of the recent passing of Mr. Pool's father and the need for bereavement counseling, it is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, defendant, JERRY ARBERT POOL, his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and United States Pretrial Service Officer, Becky Fidleman, that the defendant, shall participate in a program of medical or psychiatric treatment, including

/ / /

/ / /

/ / /

treatment for drug or alcohol dependency, as approved by the pretrial services officer, Becky Fidleman.

DATED: December 14, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Dennis S. Waks*
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
JERRY ARBERT POOL

DATED: December 14, 2009

BENJAMIN B. WAGNER
United States Attorney

*/s/ Dennis S. Waks for*
_____
SEAN FLYNN
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: December 15, 2009

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip & Order/Jerry Arbert Pool            -2-