DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY ARBERT POOL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 09-00015-EJG |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| | Date: February 5, 2010 |
| JERRY ARBERT POOL, | Time: 10:00 a.m. |
| | Judge: Edward J. Garcia |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, JERRY ARBERT POOL, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that a status conference set for December 18, 2009, be rescheduled for February 5, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses. The defendant and many of the witnesses in this case live in the Redding, California area.

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for February 5, 2010,
3  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to
4  prepare] (Local Code T4).
5  DATED: December 14, 2009

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    JERRY ARBERT POOL

13 DATED: December 14, 2009
                                    BEN WAGNER
                                    United States Attorney


                                    /s/ Dennis S. Waks for
                                    _____
                                    SEAN FLYNN
                                    Assistant U.S. Attorney



**IT IS SO ORDERED.**

Dated:  Dec 17, 2009


                                    _____
                                    EDWARD J. GARCIA
                                    United States District Court Judge

Stip & Order/Jerry Arbert Pool          -2-