DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY ARBERT POOL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 09-0015-EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | |
| JERRY ARBERT POOL, | ) | DATE:  April 2, 2010 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Edward J. Garcia |

_____

Defendant JERRY ARBERT POOL, by and through his counsel,
DENNIS S. WAKS, Supervising Assistant Federal Defender, and the
United States Government, by and through its counsel, SEAN FLYNN,
Assistant United States Attorney, hereby stipulate that the
status conference set for February 5, 2010, be rescheduled for a
status conference on Friday, April 2, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel
requires additional time to receive and review discovery, discuss
the case with the government, and pursue investigation.
Furthermore, the interlocutory appeal on the DNA issue for this
defendant has been briefed, orally argued and is still pending in
the Ninth Circuit (U.S. v. Jerry Pool, C.A. No. 09-10303).

Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for April 2,
2010, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time
to prepare] (Local Code T4).

DATED: February 1, 2010

                                Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Dennis S. Waks
                                Supervising Assistant
                                Federal Defender
                                Attorney for Defendant
                                JERRY ARBERT POOL

DATED: February 1, 2010         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/  Dennis S. Waks for
                                SEAN FLYNN
                                Assistant U.S. Attorney

    The status conference is continued to April 2, 2010, at
10:00 a.m. The court finds that a continuance is necessary for
the reasons stated above and further finds that the ends of
justice served by granting a continuance outweigh the best
interests of the public and the defendant in a speedy trial. Time
is therefore excluded from the date of this order through April
2, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). (Local T4).

**SO ORDERED.**

Dated: February 2 ,  2010

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Court Judge