DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY ARBERT POOL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 09-0015-EJG |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| JERRY ARBERT POOL, | DATE:  May 21, 2010 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Hon. Edward J. Garcia |

Defendant JERRY ARBERT POOL, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, SEAN FLYNN, Assistant United States Attorney, hereby stipulate that the status conference set for April 2, 2010, be rescheduled for a status conference on Friday, May 21, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. Furthermore, the interlocutory appeal on the DNA issue for this defendant has been briefed, orally argued and is still pending in the Ninth Circuit (U.S. v. Jerry Pool, C.A. No. 09-10303). Counsel for the defendant will be out of state from April 6, 2010

1

to April 21, 2010.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 21, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 30, 2010

                        Respectfully Submitted,

                        DANIEL J. BRODERICK
                        Federal Defender

                        /s/ Dennis S. Waks
                        Supervising Assistant
                        Federal Defender
                        Attorney for Defendant
                        JERRY ARBERT POOL

DATED: March 30, 2010       BENJAMIN B. WAGNER
                        United States Attorney

                        /s/  Dennis S. Waks for
                        SEAN FLYNN
                        Assistant U.S. Attorney

The status conference is continued to May 21, 2010, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 21, 2010, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). (Local Code T4).

**SO ORDERED.**

Dated: March 31,  2010

                        /s/Edward J. Garcia
                        EDWARD J. GARCIA
                        United States District Court Judge