```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JERRY ARBERT POOL
 6

 7
                 IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,    )  CR.S. 09-0015-EJG
11                               )
                    Plaintiff,   )  STIPULATION AND ORDER
12                               )  TO EXTEND TIME FOR STATUS
         v.                      )  CONFERENCE AND EXCLUDE TIME
13                               )
    JERRY ARBERT POOL,           )  DATE: July 16, 2010
14                               )  Time: 10:00 a.m.
                    Defendant.   )  Judge: Hon. Edward J. Garcia
15  _____
```

Defendant JERRY ARBERT POOL, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, SEAN FLYNN, Assistant United States Attorney, hereby stipulate that the status conference set for May 21, 2010, be rescheduled for a status conference on Friday, July 16, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. Furthermore, the interlocutory appeal on the DNA issue for this defendant has been briefed, orally argued and is still pending in the Ninth Circuit (U.S. v. Jerry Pool, C.A. No. 09-10303).

Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for July 16, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 18, 2010

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
Federal Defender

                                        /s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
JERRY ARBERT POOL

DATED: May 18, 2010          BENJAMIN B. WAGNER
United States Attorney

                                        /s/  Dennis S. Waks for
SEAN FLYNN
Assistant U.S. Attorney

The status conference is continued to July 16, 2010, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 16, 2010, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). (Local Code T4).

**SO ORDERED.**

Dated: May 20, 2010

                                /s/ Edward J. Garcia
                       EDWARD J. GARCIA
                       United States District Court Judge