```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JERRY ARBERT POOL
 6
```



FILED
JUL 2 0 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 09-0015-EJG |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| JERRY ARBERT POOL, | DATE: October 1, 2010 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Edward J. Garcia |

Defendant JERRY ARBERT POOL, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its new counsel, PHILLIP TALBERT, Supervising Assistant United States Attorney, hereby stipulate that the status conference set for July 16, 2010, be rescheduled for a status conference on Friday, October 1, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. The defendant lives in the Redding, California area. Furthermore, the interlocutory appeal on the DNA issue for this defendant has been briefed, orally argued and is still pending in the Ninth

1

1 | Circuit (U.S. v. Jerry Pool, C.A. No. 09-10303).
2 |     Speedy trial time is to be excluded from the date of this
3 | order through the date of the status conference set for October
4 | 1, 2010, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)
5 | [reasonable time to prepare] (Local Code T4).
6 | DATED: July 13, 2010

                                 Respectfully Submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Dennis S. Waks
                                 Supervising Assistant
                                 Federal Defender
                                 Attorney for Defendant
                                 JERRY ARBERT POOL

DATED: July 13, 2010        BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Dennis S. Waks for
                                 PHILLIP TALBERT
                                 Supervising Assistant U.S. Attorney

    The status conference is continued to October 1, 2010, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 1, 2010, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). (Local Code T4).

**SO ORDERED.**

Dated: _July 14_, 2010

                                 _/s/ Edward J. Garcia_
                                 EDWARD J. GARCIA
                                 United States District Court Judge