DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY ARBERT POOL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>JERRY ARBERT POOL,<br><br>            Defendant.<br>_____ | CR.S. 09-0015-EJG<br><br>STIPULATION AND ORDER<br>TO EXTEND TIME FOR STATUS<br>CONFERENCE AND EXCLUDE TIME;<br>STATUS REPORT<br><br>DATE: January 28, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

    Defendant JERRY ARBERT POOL, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its new counsel, PHILLIP TALBERT, Supervising Assistant United States Attorney, hereby stipulate that the status conference set for December 15, 2010, be rescheduled for a status conference on Friday, January 28, 2011, at 10:00 a.m.

    This case is set for a status conference on Wednesday, December 15, 2010. Because this case was investigated in the Redding area, the parties needed to have the investigating agents send a mirror image of the hard drive to the Sacramento Federal Bureau of Investigation office to be viewed by the parties. On

1 Friday, December 3, 2010, a federal defender paralegal and
2 counsel for the defendant met at the F.B.I. office to review the
3 evidence.  After spending over two hours on the computer
4 reviewing visual depictions with an agent, the defense was only
5 able to find approximately 10 to 15 images that could arguably be
6 considered child pornography.  In contrast, the discovery
7 indicates that nearly 1500 images of child pornography were found
8 in files from defendant Pool's computer.  Counsel for the
9 defendant has requested from the government information which
10 would allow the defense to determine the presence and number of
11 allegedly illegal images, their exact location on the computer,
12 and how they were obtained.  Once this forensic review by counsel
13 is completed, the defense may need further review by a forensic
14 expert.

15     In light of the above, the parties are requesting that this
16 case be continued so that the defense is given reasonable time to
17 prepare.

18     Speedy trial time is to be excluded from the date of this
19 order through the date of the status conference set for January
20 28, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv)
21 [reasonable time to prepare] (Local Code T4).

22 DATED: December 14, 2010

                                Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Dennis S. Waks
                                Supervising Assistant
                                Federal Defender
                                Attorney for Defendant
28 / / /                        JERRY ARBERT POOL

DATED: December 14, 2010          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/  Dennis S. Waks for
                                  PHILLIP TALBERT
                                  Supervising Assistant U.S. Attorney


                                  /s/ Dennis S. Waks for
                                  MICHELLE PRINCE
                                  Assistant U.S. Attorney

   The status conference is continued to January 28, 2011, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 28, 2011, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). (Local Code T4).

**SO ORDERED.**

Dated: December 14, 2010

                   /s/ Edward J. Garcia
                   EDWARD J. GARCIA
                   United States District Court Judge