```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar# 142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY ARBERT POOL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY ARBERT POOL,<br><br>    Defendant.<br>_____ | CR.S. 09-0015-EJG<br><br>STIPULATION AND [~~PROPOSED~~ ORDER] FOR PROTECTIVE ORDER REGARDING DEFENSE FORENSIC COMPUTER EXAMINATION |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Prince, Assistant United States Attorney, attorney for Plaintiff, and Dennis Waks, Assistant Federal Defender, attorney for Mr. Pool, that the Court should approve the proposed protective order governing the defense expert's forensic examination of the computer data in this case.

   In order to advise the defendant adequately, the defense in this case requires a further forensic evaluation by a knowledgeable expert of the computer hard drives which the government alleges contain images of child pornography.  The

1  parties have agreed that the attached proposed order should
2  govern the defense examination of the computer media and request
3  that the Court approve the attached proposed order.
4  Dated: April 14, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Dennis Waks*
DENNIS WAKS
Assistant Federal Defender
Attorney for Defendant
JERRY ARBERT POOL

Dated: April 14, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Dennis Waks*
MICHELLE PRINCE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: 4/15/2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JERRY ARBERT POOL
 6

 7
                   IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,     )  CR.S. 09-0015-EJG
11                                )
                    Plaintiff,    )
12                                )  PROTECTIVE ORDER CONCERNING
         v.                       )  DIGITAL MEDIA CONTAINING
13                                )  CHILD PORNOGRAPHY
    JERRY ARBERT POOL,            )
14                                )
                    Defendant.    )
15  _____
```

16  **ORDER**

17     IT IS HEREBY ORDERED AS FOLLOWS:

18     1.   The Sacramento Valley High-Tech Crimes Task Force agents shall make a duplicate copy of the hard drive and any other storage media available for defense analysis.

21     2.   The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Dennis Waks, defense paralegal Julie Denny or another member of the defense team, and defendant's proposed expert, Marcus Lawson or a colleague at the same employer, Global CompuSearch LLC, to review at the Sacramento High Tech Task Force offices in Sacramento, California for the purpose of preparing for the defense of the above-entitled action.  The images on the hard drive and storage

media shall not be viewed by any other person.

3. A private room will be provided for the defense examination. No Government agents will be inside the room during the examination.

4. The expert will be permitted to bring whatever equipment, books, or records he believes may be necessary to conduct the examination.

5. Neither the defense expert nor defense attorneys nor the defense paralegal shall remove the hard drive or other storage media from the confines of the law enforcement office.

6. With the exception of materials which would be considered child pornography under federal law (including visual depictions and data capable of conversion into a visual depiction), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered.  The expert will certify in writing (using the attached certification), that he has taken no materials which would be considered child pornography, or data capable of being converted into child pornography, (under federal law) and that he has not caused any child pornography to be sent from the law enforcement premises by any means including by any electronic transfer of files.

7. Except when a defense expert fails to provide this certification, no Government agent, or any person connected with the Government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analysis.  Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data

4

capable of being converted into child pornography, Government agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

   8.   When the defense indicates that it is finished with its review of the copy of the hard drives, the drive(s) or other storage devices shall be "wiped" clean.

   9.   Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED:

Dated: 4/15/2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 09-0015-EJG |
| Plaintiff, | ) | |
| v. | ) | |
| JERRY ARBERT POOL, | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATION

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Date: _____        _____