1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILLIP A. TALBERT
   MICHELLE A. PRINCE
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2758
5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  2:09-CR-00015 EJG
                                  )
12         Plaintiff,              )  PRELIMINARY ORDER OF
                                  )  FORFEITURE
13    v.                           )
                                  )
14 JERRY POOL,                    )
                                  )
15         Defendant.              )
                                  )
16

17      Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Jerry Pool it is hereby

19 ORDERED, ADJUDGED AND DECREED as follows:

20      1.  Pursuant to 18 U.S.C. § 2253, defendant Jerry Pool's

21 interest in the following property shall be condemned and

22 forfeited to the United States of America, to be disposed of

23 according to law:

24         a)   One Dell computer, model number 8200, serial
                number 3S8P411;
25
           b)   One Seagate computer hard drive (80 GB), model
26              number ST380021A, serial number 3HV0F9NT.

27      2.  The above-listed property was used or intended to be

28 used to commit or to promote the commission of a violation of 18

                              1    Preliminary Order of Forfeiture

1  U.S.C. § 2252(a)(4)(B).

2      3.  Pursuant to Rule 32.2(b), the Attorney General (or a
3  designee) shall be authorized to seize the above-listed property.
4  The aforementioned property shall be seized and held by the
5  Department of Homeland Security, Customs and Border Protection,
6  in its secure custody and control.

7      4.  a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21
8  U.S.C. § 853(n), and Local Rule 171, the United States shall
9  publish notice of the order of forfeiture.  Notice of this Order
10 and notice of the Attorney General's (or a designee's) intent to
11 dispose of the property in such manner as the Attorney General
12 may direct shall be posted for at least 30 consecutive days on
13 the official internet government forfeiture site
14 www.forfeiture.gov.  The United States may also, to the extent
15 practicable, provide direct written notice to any person known to
16 have alleged an interest in the property that is the subject of
17 the order of forfeiture as a substitute for published notice as
18 to those persons so notified.

19         b.  This notice shall state that any person, other than
20 the defendant, asserting a legal interest in the above-listed
21 property, must file a petition with the Court within sixty (60)
22 days from the first day of publication of the Notice of
23 Forfeiture posted on the official government forfeiture site, or
24 within thirty (30) days from receipt of direct written notice,
25 whichever is earlier.

26     5.  If a petition is timely filed, upon adjudication of all
27 third-party interests, if any, this Court will enter a Final
28 ///

Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

SO ORDERED this 5th day of August, 2011.

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge