UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM


FILED
OCT 17 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: Jerry Arbert POOL
Docket Number: 2:09CR00015-01
**CONTINUANCE OF JUDGMENT
AND SENTENCING**

C/EJG

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from November 18, 2011, to January 13, 2011, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** A continuance is requested as additional time is needed to review the discovery with the case agent.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

*Talia Katz*

TALIA KATZ
United States Probation Officer

**REVIEWED BY:** *JCOestreicher*

Jeffrey C. Oestreicher
**Supervising United States Probation Officer**

Dated: 10/14/2011
Sacramento, California
TK/mc

Attachment

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE: **Jerry Arbert POOL**
docket Number: **2:09CR00015-01**
<u>**CONTINUANCE OF JUDGMENT AND SENTENCING**</u>

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____
**EDWARD J. GARCIA**
**Senior United States District Judge**

10/17/11
**Date**

___ **Disapproved**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:09CR00015-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Jerry Arbert POOL, | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 01/13/2012 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 01/06/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/30/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 12/23/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 12/16/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 12/02/2011 |