UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM** *& Order*

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

*c! ⬚⬚*

> RE:  Jerry Arbert POOL
> Docket Number:  2:09CR00015-01
> <u>CONTINUANCE OF JUDGMENT</u>
> <u>AND SENTENCING</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from February 17, 2012, to March 23, 2012 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** A continuance is requested as additional time due to workload demands.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

*Tal Katz*

**TALIA KATZ**
**United States Probation Officer**

**FILED**

**JAN 13 2012**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

REVIEWED BY:

*[signature]*

**Jeffrey C. Oestreicher**
**Supervising United States Probation Officer**

Dated:     January 10, 2012
           Sacramento, California
           TK/mc

Attachment

**RE:  Jerry Arbert POOL**
**Docket Number:  2:09CR00015-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING**


cc:  Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk


____ **Approved**

**EDWARD J. GARCIA**
**Senior United States District Judge**

**Date**

____ **Disapproved**

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Docket Number:  2:09CR00015-01

**Plaintiff,**

vs.

**Jerry Arbert POOL,**

**Defendant.**

_____/

SCHEDULE FOR DISCLOSURE OF
PRESENTENCE REPORT AND FOR
FILING OF OBJECTIONS TO THE
PRESENTENCE REPORT

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 03/23/2012 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 03/16/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 03/09/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 03/02/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 02/24/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 02/10/2012 |

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG