# OFFICE OF THE FEDERAL DEFENDER
### EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*



## MEMORANDUM
## & Order

| | |
|---|---|
| DATE: | March 20, 2012 |
| TO: | Colleen Lydon, Courtroom Clerk to the Honorable Edward J. Garcia, United States District Court Judge |
| FROM: | Katina Whalen, Sr. Legal Assistant to Dennis S. Waks, Supervising Assistant Federal Defender |
| SUBJECT: | <u>United States v. Jerry Pool</u><br>CR.S. 09-0015-EJG |

Please continue the judgment and sentencing hearing currently set for March 23, 2012 to **Friday, May 4, 2012 at 10:00 a.m.** Counsel for the defendant needs additional time to review the presentence report and to talk the defendant to determine whether to file a sentencing memorandum. Assistant United States Attorney, Michelle Prince and United States Probation Officer, Talia Katz have no objection to the new scheduled dates. The following will be the new schedule for disclosure of the Presentence report and for filing of objections to the Presentence report:

| | OLD DATE | NEW DATE |
|---|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the probation officer and opposing counsel no later than | 3/9/12 | 4/20/12 |
| Reply, or Statement of Non-Opposition | 3/16/12 | 4/27/12 |

If you have any questions concerning the above, please feel free to contact me.

DSW:kw
cc: Talia Katz, United States Probation Officer
Jerry Pool

IT IS SO ORDERED: _____ 3/20/12
EDWARD J. GARCIA
United States District Court Judge