```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELLE A. PRINCE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:09-cr-00015-EJG
                                 )
12           Plaintiff,          )   FINAL ORDER OF FORFEITURE
                                 )
13      v.                       )
                                 )
14  JERRY ALBERT POOL,           )
                                 )
15                               )
             Defendant.          )
16  _____)
```

17      WHEREAS, on or about August 10, 2011, this Court entered a

18 Preliminary Order of Forfeiture pursuant to the provisions of 18

19 U.S.C. § 2253 based upon the plea agreement entered into between

20 plaintiff and defendant Jerry Albert Pool and the finding of

21 forfeiture by the Court forfeiting to the United States the

22 following property:

23     a)   One Dell computer, model number 8200, serial
            number 3S8P411;
24
       b)   One Seagate computer hard drive (80 GB), model
25          number ST380021A, serial number 3HV0F9NT.

26     AND WHEREAS, beginning on August 11, 2011, for at least 30

27 consecutive days, the United States published notice of the

28 Court's Order of Forfeiture on the official internet government

forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Jerry Albert Pool.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.  The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this <u>4th</u> day of<u> June  </u>, 2012.

<u>/s/ Edward J. Garcia              </u>
EDWARD J. GARCIA
United States District Judge