DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY ARBERT POOL

FILED
JUL 5 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

2 cert cpy to usm

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 09-015 EJG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SELF SURRENDER DATE |
| v. | |
| JERRY ARBERT POOL, | Judge: Edward J. Garcia |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant United State Attorney, and defendant, JERRY ARBERT POOL, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, to the following:

1. On May 4, 2012, this defendant was sentenced to the custody of the Bureau of Prisons for a term of 37 months imprisonment and he has a self surrender date of Friday, July 6, 2012.

2. On June 29, 2012 and July 3, 2012, our office contacted the United States Marshals Office and the Federal Bureau of Prisons and there is still no designation for Mr. Pool. They are currently waiting for a medical facility to house Mr. Pool.

3. Defense counsel has been in contact with Assistant United States Attorney, Michelle Prince, who has no objection to continuing

1

the defendant's self surrender date.  Mr. Pool agrees to remain under Pretrial Services Supervision until he voluntarily surrenders to the Bureau of Prison facility.  Pretrial Services has been advised of this request.  Mr. Pool is 70 years of age and he has no prior criminal record.

Therefore, it is agreed that the defendant's self surrender date of Friday, July 6, 2012, be continued to Friday, July 20, 2012, at 2:00 p.m.

DATED: July 3, 2012        Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/   Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
JERRY POOL

DATED: July 3, 2012        BENJAMIN B. WAGNER
United States Attorney

/s/   Dennis S. Waks for
_____
MICHELLE PRINCE
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: July 5, 2012.

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

2