UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA


FILED
MAR 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )  Case No. CR S-09-00015-01 WBS
      Plaintiff, )
v. ) ORDER FOR RELEASE
   ) OF PERSON IN CUSTODY
**JERRY ARBERT POOL**, )
      Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **Jerry Arbert Pool** Case 2:09CR00015-01 WBS from custody for the following reasons:

   _ Release on Personal Recognizance

   _ Bail Posted in the Sum of _____

   _ Unsecured bond

   _ Appearance Bond with 10% Deposit

   _ Appearance Bond secured by Real Property

   _ Corporate Surety Bail Bond

   **X** (Other) **Defendant was sentenced to a term of TIME SERVED.**

Issued at Sacramento, CA on March 26, 2018 at 9:20 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing

*I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.*
*ATTEST: MARIANNE MATHERLY*
*Clerk, U. S. District Court*
*Eastern District of California*
*By _____ Deputy Clerk*
*Dated 3/26/18*